First Department, February, 1925.          [Vol. 212

COLUMBIA CORPORATION, INC., v. INSURANCE COMPANY OF NORTH AMERICA.— Motion to dismiss appeal granted unless appellant's points are filed on or before February 17, 1925.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS B. HESSELBROCK v. DETMER WOOLEN COMPANY.— Motion to dismiss appeal granted so far as to dismiss appeal from order entered on the 10th day of April, 1923, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COMMISSIONER OF PUBLIC WELFARE, on Complaint of RACHEL JAFFRY v. GLADSTONE WALCOTT.— Preference granted for February 17, 1925.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. WELLINGTON and Others, Copartners, etc., Appellants, v. HARRIS BROTHERS CORPORATION, Respondent.— Upon the suggestion made on the argument that the plaintiff Wellington, who was to have been examined pursuant to the order, has died since the entry of the order herein, the order appealed from granting the stay is reversed, without costs, and said motion for a stay denied, but with leave to defendant to move at Special Term, within ten days from service of order, for such relief in reference to the order for the bill of particulars heretofore granted against it as it may be advised.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. L. BAYERN COMPANY, INC., Respondent, v. ROBERT G. LYON, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID MAYER, Respondent, v. COMMERCIAL ADVERTISER ASSOCIATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER BROUGH, Appellant, v. LOUISE M. J. BROUGH, Respondent. (Actions Nos. 1–5.) — Orders affirmed, with ten dollars costs and disbursements. The bills of particulars to be served within ten days from service of orders.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE H. DULA, Appellant, v. ROBERT B. DULA, JR., Respondent.— Order affirmed.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE H. DULA, Respondent, v. ROBERT B. DULA, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FOUR TWENTY RIVERSIDE DRIVE, INC., Appellant, v. ADOLPH W. SOMMERFIELD, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.   The bill of particulars to be served within thirty days from service of order.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY L. DAURNHEIM, Respondent, v. ROANOKE CITY MILLS, INC., Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring plaintiff to file a bond in the additional amount of $1,500.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. STEPHENS, Appellant, v. JOHN HANLEY, Warden of the City Prison, and Others, Respondents.—